UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-93-2-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVID A. HAGEN | ) | |

This matter is before the court on the government's motion for alternative victim notification procedures pursuant to 18 U.S.C. § 3771(d)(2). The court finds that the number of crime victims, as defined by 18 U.S.C. § 3771(e), makes it impracticable to accord all of the crime victims the rights described in 18 U.S.C. § 3771(a). The court further finds that the government's previous publication of the victims rights' notice regarding GTX Global, Inc. stock in United States v. Brecher, No. 3:08CR148 (W.D.N.C.), and United States v. Jaynes, No. 5:06CR54 (W.D.N.C.), is a reasonable procedure to give effect to 18 U.S.C. § 3771. The motion is ALLOWED.

This 22 September 2008.

_____
W. Earl Britt
Senior U.S. District Judge