**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr93-WEB-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **DAVID ALLEN HAGEN.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion For Enlargement Of Time To Respond" (Document No. 28) filed October 6, 2008. In its motion, the government seeks an extension of ten (10) business days, or until October 20, 2008, to respond to the Defendant's Motion to Suppress Statements Made Pursuant to Plea Agreement (Document No. 25) and the Defendant's Notice of Objection and Motion to Suppress Foreign Documents (Document No. 26). Counsel for the Defendant indicates he is not opposed to this request.

For good cause shown therefore, and noting the lack of opposition of Defendant's counsel, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the "Government's Motion For Enlargement Of Time To Respond" (Document No. 28) is hereby GRANTED.

**IT IS FURTHER ORDERED** that the government shall respond to the aforementioned motions filed by the Defendant in this matter on or before **October 20, 2008**.

Signed: October 7, 2008

_____
David C. Keesler
United States Magistrate Judge