UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-93-2-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| DAVID A. HAGEN ) | |

This matter is before the court on the government's motion to disclose matters occurring before the grand jury. The motion is ALLOWED.

This 17 March 2009.

W. Earl Britt
Senior U.S. District Judge