UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-93-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVID A. HAGEN | ) | |

This matter is before the court on defendant's *pro se* motion for reconsideration of the court's 7 April 2009 order. The government filed a brief in opposition. Defendant's motion is DENIED.

This 16 April 2009.

_____
W. Earl Britt
Senior U.S. District Judge