UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-93-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVID A. HAGEN | ) | |

This matter is before the court on defendant's *pro se* motions for (1) for extension of time to prepare for trial, which essentially amounts to a request to continue the trial currently set for 4 May 2009 and (2) reconsideration of the court's 19 December 2008 order, wherein the court allowed the government's motion *in limine* to introduce defendant's admission of guilt in a plea agreement and defendant's statements during debriefing and denied defendant's motion to suppress the same evidence. Having fully considered the motions, they are DENIED. The Clerk is DIRECTED to serve a copy of this order upon defendant.

This 27 April 2009.


_____
W. Earl Britt
Senior U.S. District Judge