UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-93-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVID A. HAGEN | ) | |

In light of the upcoming jury trial on 24 May 2009, any proposed *voir dire* questions and requests for jury instructions shall be filed at or before 4:00 p.m. 30 April 2009. Requests using *Federal Jury Practice and Instructions* (O'Malley, Grenig & Lee) and *Horn's Federal Criminal Jury Instructions for the Fourth Circuit* shall include both the text of the proposed instruction as well as a citation reference to the proposed instruction. All other requests shall contain citations to supporting authorities. All requests for jury instructions shall also be emailed to documents_judge_britt@nced.uscourts.gov (preferably in wordperfect format). Before jury selection begins, all parties shall file a list of all witnesses each party, in good faith, reasonably anticipates will be called in its evidence-in-chief. The Clerk is DIRECTED to serve a copy of this order upon defendant.

This 27 April 2009.

W. Earl Britt
Senior U.S. District Judge