UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-93-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVID A. HAGEN | ) | |

This matter is before the court on the government's motion to disclose certain sealed documents to the defense pursuant to its obligations under *Brady*, *Giglio*, and *Jencks*. The motion is ALLOWED. The government may disclose copies of the following documents to standby counsel and defendant, such copies to be used solely in the trial of this matter:

(1) downward departure motion, United States v. Vernice Woltz, No. 3:06CR74;

(2) Rule 35 motion, United States v. Samuel Currin, No. 3:06CR74;

(3) downward departure motion, United States v. Jeremy Jaynes, No. 5:06CR54; and

(4) downward departure motion, United States v. Mark Brecher, No. 3:08CR148.

Defendant is allowed to review these documents with standby counsel but copies of any of these documents may not be left at the jail with defendant.

Finally, the court notes that in its 27 April 2009 order setting the deadline for filing proposed voir dire and jury instructions, the court inadvertently referred to the trial date as "24 May 2009." That order is hereby AMENDED to reflect the correct trial date of 4 May 2009.

The Clerk is DIRECTED to serve a copy of this order upon defendant.

This 28 April 2009.

                                                   W. Earl Britt
                                                   Senior U.S. District Judge