UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-93-2-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| DAVID A. HAGEN | ) | |

In the Second Superseding Bill of Indictment, the United States sought forfeiture of property of the defendant pursuant to 21 U.S.C. § 853(a) as property that was involved in, was proceeds of, and/or was used to facilitate the crimes charged in Counts One, Two and Three, together with any substitute property, which would be subject to forfeiture under § 853(p). At trial, defendant was convicted on Counts One, Two and Three and was adjudged guilty of the offenses charged in those counts. In addition, the jury returned a special verdict of forfeiture of proceeds in the amount of $27.6 million as to each of those counts. In accordance with the Court's instructions to the jury, the special verdict amounts for each of the counts should be treated as a single forfeiture in the total amount of $27.6 million. Based on the evidence presented at trial and the special verdict, this $27.6 million amount represents the jury's findings as to an amount of criminal proceeds actually received as a result of all three conspiracies. It is therefore ORDERED, ADJUDGED and DECREED that the sum of $27.6 million, as proceeds of the conspiracies of which the defendant has been convicted in Counts One, Two and

Three, is hereby forfeited to the United States.

This 21 May 2009.

W. Earl Britt
Senior U.S. District Judge