UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-CR-93-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DAVID A. HAGEN | ) | |

As the parties have previously been notified, sentencing is currently set for 9:00 a.m., 2 November 2009, Federal Courthouse, 310 New Bern Avenue, Courtroom 2, Raleigh, North Carolina. The U.S. Marshal Service is DIRECTED to transfer defendant from the Western District of North Carolina to the Eastern District of North Carolina for the sentencing hearing.

This 27 October 2009.

_____
W. Earl Britt
Senior U.S. District Judge