IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:08CR93-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| DAVID ALLEN HAGEN. ) | |

**WRIT OF EXECUTION**

TO BANK OF AMERICA:

A judgment was entered on November 17, 2009, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, David Allen Hagen, whose last known address is XXXXXXXXXXX, Nassau, Bahamas, in the sum of $22,460.38. The balance on the account as of May 20, 2011, is $7,100.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bank of America is commanded to **turn over property** in which the defendant, David Allen Hagen has a substantial nonexempt interest, the said property being funds located in Bank of America accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of David Allen Hagen, at the following address: Bank of America, 1425 NW 62nd St, Ft. Lauderdale, FL 33309, Attention: Legal Department.

Signed: May 24, 2011

David C. Keesler
United States Magistrate Judge