UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS

SPECIAL MAIL
Open only in the presence of the inmate

David A. Hagen
350610
PO Box 34429
Charlotte, NC 28234-4429

RETURN TO SENDER
X Not in Mecklenburg County Jail System
___ No Money Orders at PO Box 34429
___ Need Full Name and PID or DOB
___ Inappropriate Material
___ No Polaroids, Stickers, Tape, Plastic, ribbon, stamps, envelope
___ 5 single photos no larger than 4"x 6"
___ Books and Magazines must be sent from publisher/printer
___ Gang Related

RECEIVED
NOV 23 2021
Clerk, US District Court
Western District NC

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) ) ) |
| vs. | ) ) ) ) | CASE NO. DNCW3:08CR93-2 (Financial Litigation Unit) |
| DAVID ALLEN HAGEN, Defendant. | ) ) ) |

## ORDER TO AUTHORIZE PAYMENT
## FROM INMATE TRUST ACCOUNT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Motion of United States of America to Authorize Payment from Inmate Trust Account (Doc. No. 196) is GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The Bureau of Prisons is authorized to turn over to the Office of the United States District Court Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, and the Clerk of Court shall accept, $2,939.34 currently held in the trust account for the following inmate:

David Allen Hagen
Register Number: 18834-198

2. The Clerk shall apply these funds as payment for the criminal monetary penalties owed by the Defendant in this case.

Signed: November 3, 2021

Frank D. Whitney
United States District Judge