UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
ROOM 210, CHARLES R. JONAS BUILDING
401 WEST TRADE STREET
CHARLOTTE, NORTH CAROLINA 28202

OFFICIAL BUSINESS

RECEIVED
Charlotte, NC
DEC - 8 2021

CHARLOTTE NC 280
29 NOV 2021 PM 4 L

NEOPOST 11/24/2021
US POSTAGE $000.53⁰
ZIP 28202
041M11450399

RETURN
☐ Wrong ...
☐ Inmate No Longer ...
☐ Package Authorized ...
☐ Not An Authorized ...
☐ Only White Standard ...

Clerk, US District Court
Western District NC

David A. Hagen
188734-198
WILLIAMSBURG Federal Correctional Institution
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 2959

NIXIE           290    DE     1 / P/ 00       12/06/21

         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 28202103399          *2340-03450-29-30

28202>103399
28590-030404⁰

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:08CR93-2 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| DAVID ALLEN HAGEN, | ) | |
|     Defendant. | ) | |

**ORDER TO AUTHORIZE PAYMENT
FROM INMATE TRUST ACCOUNT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Motion of United States of America to Authorize Payment from Inmate Trust Account (Doc. No. 196) is GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The Bureau of Prisons is authorized to turn over to the Office of the United States District Court Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, and the Clerk of Court shall accept, $2,939.34 currently held in the trust account for the following inmate:

   David Allen Hagen
   Register Number: 18834-198

2. The Clerk shall apply these funds as payment for the criminal monetary penalties owed by the Defendant in this case.

Signed: November 3, 2021

Frank D. Whitney
United States District Judge