UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-CR-00093-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DAVID A. HAGEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Motion for Compassionate Release, (Doc. No. 200), and Pro Se "Motion to Expand the Record," (Doc. No. 201), which the Court construes as a Motion to Seal. For the reasons stated in the Motion, (Doc. No. 201), and because it contains medical records, the Court GRANTS the Motion to Seal such that only parties to the instant action will have access. The Court will consider the exhibits attached to the motion as part of Defendant's Motion for Compassionate Release.

After reviewing Defendant's Motion for Compassionate Release, the Court DIRECTS the Government to respond within twenty-eight (28) days. If additional time is needed, the Government shall file a motion for extension of time to respond.

**IT IS, THEREFORE, ORDERED** that the Motion to Seal, (Doc. No. 201), is GRANTED, and the exhibits contained therein shall remain under seal absent further order of this Court.

**IT IS FURTHER ORDERED** that the Government shall respond to Defendant's Motion for Compassionate Release, (Doc. No. 200), within twenty-eight days of this Order.

**IT IS SO ORDERED.**

Signed: May 30, 2023

Frank D. Whitney
United States District Judge